# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code** **A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code** **B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| **662** | **BANK OF BIRD-IN-HAND** |
| 415 | Bank of Landisburg (The) |
| **596** | **BANK OF PRINCETON (THE)** |
| 664 | BankUnited, NA |
| 501 | BELCO Community Credit Union |
| **673** | **BENCHMARK FEDERAL CREDIT UNION** |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| 392 | Brentwood Bank |
| 495 | Brown Brothers Harriman Trust Co., NA |

**Bank Code** **C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| **675** | **CENTRE 1ST BANK, A DIVISION OF OLD DOMINION NATIONAL BANK** |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 576 | Clarion County Community Bank |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 223 | Commercial Bank & Trust of PA |

| | |
|---|---|
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| 380 | County Savings Bank |
| 536 | Customers Bank |

**Bank Code** **D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 27 | Dollar Bank, FSB |

**Bank Code** **E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | Enterprise Bank |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code** **F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 34 | Fidelity Deposit & Discount Bank (The) |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |
| 674 | First Commonwealth Federal Credit Union |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |
| 604 | First Priority Bank, a division of Mid Penn Bank |

| | | | | |
|---|---|---|---|---|
| **592** | **FIRST RESOURCE BANK** | | **Bank Code** | **K.** |
| 657 | First United Bank & Trust | | | |
| 408 | First United National Bank | | 651 | KeyBank NA |
| 151 | Firstrust Savings Bank | | 414 | Kish Bank |
| 416 | Fleetwood Bank | | | |
| 175 | FNCB Bank | | | |
| **647** | **FORBRIGHT BANK** | | **Bank Code** | **L.** |
| 291 | Fox Chase Bank | | | |
| 241 | Franklin Mint Federal Credit Union | | 78 | Luzerne Bank |
| 639 | Freedom Credit Union | | | |
| 58 | Fulton Bank, NA | | | |

**Bank Code     M.**

361    M & T Bank

**Bank Code     G.**

510    Marion Center Bank

499    Gratz Bank (The)                     387    Marquette Savings Bank

498    Greenville Savings Bank             81    Mars Bank

367    Mauch Chunk Trust Company

511    MCS (Mifflin County Savings) Bank

**Bank Code     H.**                     641    Members 1st Federal Credit Union

555    Mercer County State Bank

244    Hamlin Bank & Trust Company      192    Merchants Bank of Bangor

362    Harleysville Savings Bank         671    Merchants Bank of Indiana

363    Hatboro Federal Savings           610    Meridian Bank

463    Haverford Trust Company (The)    294    Mid Penn Bank

606    Hometown Bank of Pennsylvania   **276**   **MIFFLINBURG BANK & TRUST COMPANY**

68    Honesdale National Bank (The)    457    Milton Savings Bank

605    Huntington National Bank (The)   **484**   **MUNCY BANK & TRUST COMPANY (THE)**

608    Hyperion Bank

**Bank Code     N.**

**Bank Code     I.**                     433    National Bank of Malvern

168    NBT Bank, NA

669    Industrial Bank                347    Neffs National Bank (The)

365    InFirst Bank                  **434**   **NEW TRIPOLI BANK**

668    Inspire FCU                  15    NexTier Bank, NA

557    Investment Savings Bank        666    Northern Trust Co.

526    Iron Workers Savings Bank      439    Northumberland National Bank (The)

93    Northwest Bank

**Bank Code     J.**

70    Jersey Shore State Bank       **Bank Code     O.**

127    Jim Thorpe Neighborhood Bank

488    Jonestown Bank & Trust Company   653    OceanFirst Bank

659    JPMorgan Chase Bank, NA       489    OMEGA Federal Credit Union

**72**   **JUNIATA VALLEY BANK (THE)**    94    Orrstown Bank

| | | | | |
|---|---|---|---|---|
| **Bank Code** | **P.** | | **Bank Code** | **T.** |

| | |
|---|---|
| **598** | **PARKE BANK** |
| 584 | Parkview Community Federal Credit Union |
| 40 | Penn Community Bank |
| 540 | PennCrest Bank |
| 419 | Pennian Bank |
| 447 | Peoples Security Bank & Trust Company |
| 99 | PeoplesBank, a Codorus Valley Company |
| 556 | Philadelphia Federal Credit Union |
| 448 | Phoenixville Federal Bank & Trust |
| 665 | Pinnacle Bank |
| 79 | PNC Bank, NA |
| 449 | Port Richmond Savings |
| 667 | Premier Bank |
| 354 | Presence Bank |
| 451 | Progressive-Home Federal Savings & Loan Association |
| 637 | Provident Bank |
| 491 | PS Bank |

**Bank Code        Q.**

| | |
|---|---|
| 107 | QNB Bank |
| 560 | Quaint Oak Bank |

**Bank Code        R.**

| | |
|---|---|
| 452 | Reliance Savings Bank |
| 220 | Republic First Bank d/b/a Republic Bank |

**Bank Code        S.**

| | |
|---|---|
| 153 | S & T Bank |
| 316 | Santander Bank, NA |
| 460 | Second Federal S & L Association of Philadelphia |
| 646 | Service 1st Federal Credit Union |
| 458 | Sharon Bank |
| 462 | Slovenian Savings & Loan Association of Franklin-Conemaugh |
| **486** | **SOMERSET TRUST COMPANY** |
| 633 | SSB Bank |
| 122 | Susquehanna Community Bank |

**Bank Code        T.**

| | |
|---|---|
| 638 | 3Hill Credit Union |
| 143 | TD Bank, NA |
| **656** | **TIOGA FRANKLIN SAVINGS BANK** |
| 182 | Tompkins Vist Bank |
| 660 | Top Tier FCU |
| 577 | Traditions Bank |
| 609 | Tristate Capital Bank |
| 672 | Truist Bank |
| 640 | TruMark Financial Credit Union |
| 467 | Turbotville National Bank (The) |

**Bank Code        U.**

| | |
|---|---|
| 483 | UNB Bank |
| 481 | Union Building and Loan Savings Bank |
| 634 | United Bank, Inc. |
| 472 | United Bank of Philadelphia |
| 475 | United Savings Bank |
| 600 | Unity Bank |
| 232 | Univest Bank & Trust Co. |

**Bank Code        V.**

| | |
|---|---|
| 611 | Victory Bank (The) |

**Bank Code        W.**

| | |
|---|---|
| 119 | Washington Financial Bank |
| 121 | Wayne Bank |
| **631** | **WELLS FARGO BANK, NA** |
| 553 | WesBanco Bank, Inc. |
| 494 | West View Savings Bank |
| 473 | Westmoreland Federal S & L Association |
| 476 | William Penn Bank |
| 272 | Woodlands Bank |
| 573 | Woori America Bank |
| 630 | WSFS (Wilmington Savings Fund Society), FSB |

**Bank Code        X.**

**Bank Code        Y.**

**Bank Code      Z.**

**PLATINUM LEADER BANKS**

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program.  These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts.  They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

**IOLTA EXEMPTION**

Exemptions are not automatic.  If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA   17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.

**July 2023**